**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MELINDA ROAQUE,<br><br>Plaintiff,<br><br>v.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., a Foreign Corporation d/b/a Smith's #318; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:26-cv-02533-ART-MDC<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

WHEREAS, all parties and their counsel have agreed upon a full and final settlement of this case;

IT IS HEREBY STIPULATED AND AGREED by and between Leo T. Hendges, Esq. of the law firm COOPER LEVENSON, P.A. as counsel of record for Defendant SMITH'S FOOD & DRUG CENTERS, INC., and Boyd B. Moss, III, Esq. of the law firm MOSS BERG INJURY LAWYERS as counsel of record for Plaintiff MELINDA ROAQUE as follows:

1. That the claims herein of Plaintiff MELINDA ROAQUE against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own fees and costs; and

/ / /

2. That this Stipulation and Order for Dismissal resolves all pending claims in this lawsuit, and the matter can be closed.

Respectfully submitted this 16th day of September, 2026.

MOSS BERG INJURY LAWYERS

/s/ Boyd B. Moss, III
BOYD B. MOSS, III, ESQ.
Nevada Bar No. 008856
5420 West Sahara Avenue, Suite 101
Las Vegas, Nevada 89146
(702) 222-4555
Attorneys for Plaintiff
MELINDA ROAQUE

COOPER LEVENSON, P.A.

/s/ Jerry S. Busby
JERRY S. BUSBY, ESQ.
Nevada Bar No. 001107
LEO T. HENDGES, ESQ.
Nevada Bar No. 016034
3016 West Charleston Blvd., #195
Las Vegas, Nevada 89102
(702) 366-1125
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**ORDER**

IT IS SO ORDERED. Case dismissed with prejudice.

Anne R. Traum
United States District Judge

Dated this 17th day of September, 2026

Submitted By:

COOPER LEVENSON, P.A.

/s/ Jerry S. Busby
JERRY S. BUSBY, ESQ.
Nevada Bar No. 001107
LEO T. HENDGES, ESQ.
Nevada Bar No. 016034
3016 West Charleston Blvd., #195
Las Vegas, Nevada 89102
(702) 366-1125
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.